UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Dwight Xavier Jones, | ) | C/A No. 5:14-2691-RBH-KDW |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Sgt. Lyons; Officer Kelly; Officer F. Ballentine; Sgt. Todd; Officer Rentas; Lt. Clawson; Officer Thomas; MCO Christopher Shirley, | ) | |
| Defendants. | ) | |

This is a civil action filed by a former local detention center detainee proceeding *in forma pauperis*. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to district court). Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. By Orders dated July 18 and September 17, 2014, Plaintiff was given a specific time frame in which to bring this case into proper form. Plaintiff has complied with the court's Orders, and this case is now in proper form.

<u>TO THE CLERK OF COURT</u>:

This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. §1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall ***not*** issue any summonses nor shall the Clerk of Court forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

*[Signature: Kaymani D. West]*

October 10, 2014
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge